

MELLINGER, SANDERS & KARTZMAN, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

**Order Filed on October 18,
2016 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

| | |
|---|---|
| In re:<br><br>**JOSEPH T. AND YVETTE L. GUARRACINO,**<br><br>                    Debtor. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Case No. 14-30441 (SLM)<br><br>Chapter 7<br><br>Honorable Stacey L. Meisel |

### ORDER (I) AUTHORIZING PRIVATE SALE OF PROPERTY OF THE ESTATE (BOAT) PURSUANT TO 11 U.S.C. § 363; AND (II) WAIVING 14 DAY STAY OF ORDER

The relief set forth on the following page numbered two is hereby **ORDERED**.

**DATED: October 18, 2016**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 3
Debtor:       Joseph T. and Yvette L. Guarracino
Case No.:     14-30441 (SLM)
Caption:      Order (I) Authorizing Private Sale of Property of the Estate (Boat) Pursuant to 11 U.S.C. § 363; and
              (II) Waiving 14 Day Stay of Order

This matter having been brought before the Court by motion of Steven P. Kartzman, the court-appointed Chapter 7 Trustee (the "Trustee"), by and through counsel, Mellinger, Sanders & Kartzman, LLC, for entry of an order (i) authorizing the private sale of property of the estate (boat) pursuant to 11 U.S.C. § 363; and (ii) waiving 14 day stay of order (the "Motion"); and it appearing that notice of the Motion has been duly served upon the parties concerned; and the Court having considered the pleadings in support of the Motion; and the Court having considered opposition to the Motion, if any; and good and sufficient cause existing for entering the within Order; it is hereby

**ORDERED AS FOLLOWS**:

1.      The Trustee be, and is hereby, authorized and directed to sell the Debtors' 2002 Grady White 223 boat (the "Boat") to Mark Scott (the "Purchaser") for such amounts and terms as set forth in the Motion and Notice of Proposed Private Sale.

2.      The Purchaser is deemed to be a good faith purchaser for value within the meaning of 11 U.S.C. § 363(m).

3.      The Trustee be, and is hereby, authorized and directed to convey title to the Purchaser, or any entity that the Purchaser forms to take title to the Boat in Purchaser's stead (hereinafter referred to collectively as the "Purchaser"), and to take all actions as may reasonably be required that are consistent with this Order for the purpose of effectuating the proposed sale.

4.      Proceeds from said sale shall be distributed in the manner and priority as set forth in the Consent Order entered by the Court on March 9, 2016 [Dkt. No. 108].

Debtor:      Joseph T. and Yvette L. Guarracino
Case No.:    14-30441 (SLM)
Caption:     Order (I) Authorizing Private Sale of Property of the Estate (Boat) Pursuant to 11 U.S.C. § 363; and
             (II) Waiving 14 Day Stay of Order

---

5.      The stay of any sale pursuant to the terms of this Order as set forth in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is hereby waived and the Trustee and Purchaser may consummate the sale approved herein immediately upon entry of this Order.

6.      The Court shall retain jurisdiction to enforce the terms of the within Order, including fixing the amounts due to secured, unsecured and administrative claimants, failing a consensual resolution with the Trustee.

7.      A copy of this Order shall be served on all parties who are affected by this action within seven (7) days of the date hereof.