MELLINGER, SANDERS & KARTZMAN, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

**Order Filed on October 18, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

| | |
|---|---|
| In re:<br><br>**JOSEPH T. AND YVETTE L. GUARRACINO,**<br><br>            Debtor. | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**<br><br>Case No. 14-30441 (SLM)<br><br>Chapter 7<br><br>Honorable Stacey L. Meisel |

**ORDER (I) AUTHORIZING PRIVATE SALE OF PROPERTY
OF THE ESTATE (BOAT) PURSUANT TO
11 U.S.C. § 363; AND (II) WAIVING 14 DAY STAY OF ORDER**

The relief set forth on the following page numbered two is hereby **ORDERED**.

**DATED: October 18, 2016**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 3

Debtor:       Joseph T. and Yvette L. Guarracino
Case No.:     14-30441 (SLM)
Caption:      Order (I) Authorizing Private Sale of Property of the Estate (Boat) Pursuant to 11 U.S.C. § 363; and
              (II) Waiving 14 Day Stay of Order

This matter having been brought before the Court by motion of Steven P. Kartzman, the court-appointed Chapter 7 Trustee (the "Trustee"), by and through counsel, Mellinger, Sanders & Kartzman, LLC, for entry of an order (i) authorizing the private sale of property of the estate (boat) pursuant to 11 U.S.C. § 363; and (ii) waiving 14 day stay of order (the "Motion"); and it appearing that notice of the Motion has been duly served upon the parties concerned; and the Court having considered the pleadings in support of the Motion; and the Court having considered opposition to the Motion, if any; and good and sufficient cause existing for entering the within Order; it is hereby

**ORDERED AS FOLLOWS**:

1.      The Trustee be, and is hereby, authorized and directed to sell the Debtors' 2002 Grady White 223 boat (the "Boat") to Mark Scott (the "Purchaser") for such amounts and terms as set forth in the Motion and Notice of Proposed Private Sale.

2.      The Purchaser is deemed to be a good faith purchaser for value within the meaning of 11 U.S.C. § 363(m).

3.      The Trustee be, and is hereby, authorized and directed to convey title to the Purchaser, or any entity that the Purchaser forms to take title to the Boat in Purchaser's stead (hereinafter referred to collectively as the "Purchaser"), and to take all actions as may reasonably be required that are consistent with this Order for the purpose of effectuating the proposed sale.

4.      Proceeds from said sale shall be distributed in the manner and priority as set forth in the Consent Order entered by the Court on March 9, 2016 [Dkt. No. 108].

Page 3 of 3

Debtor:      Joseph T. and Yvette L. Guarracino
Case No.:    14-30441 (SLM)
Caption:     Order (I) Authorizing Private Sale of Property of the Estate (Boat) Pursuant to 11 U.S.C. § 363; and
             (II) Waiving 14 Day Stay of Order

5.      The stay of any sale pursuant to the terms of this Order as set forth in Rule 6004(h) of the Federal Rules of Bankruptcy Procedure is hereby waived and the Trustee and Purchaser may consummate the sale approved herein immediately upon entry of this Order.

6.      The Court shall retain jurisdiction to enforce the terms of the within Order, including fixing the amounts due to secured, unsecured and administrative claimants, failing a consensual resolution with the Trustee.

7.      A copy of this Order shall be served on all parties who are affected by this action within seven (7) days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-30441-SLM
Joseph T. Guarracino                                                      Chapter 7
Yvette L. Guarracino
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 1          Date Rcvd: Oct 18, 2016
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2016.
db/jdb          +Joseph T. Guarracino,     Yvette L. Guarracino,     17 Sycamore Court,     Westwood, NJ 07675-3523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2016 at the address(es) listed below:
          Alla  Kachan    on behalf of Defendant Joseph T. Guarracino alla@kachanlaw.com
          Andrew R. Turner    on behalf of Plaintiff    Nathel & Nathel courts@turnerlaw.net
          Dipesh  Patel    on behalf of Plaintiff Joseph T. Guarracino dpatel@saul.com
          Dipesh  Patel    on behalf of Debtor Joseph T. Guarracino dpatel@saul.com
          Dipesh  Patel    on behalf of Joint Debtor Yvette L. Guarracino dpatel@saul.com
          Dipesh  Patel    on behalf of Plaintiff Yvette L. Guarracino dpatel@saul.com
          Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
          Stephen  B. Ravin    on behalf of Joint Debtor Yvette L. Guarracino sravin@saul.com,
           jgillman@saul.com
          Stephen  B. Ravin    on behalf of Plaintiff Joseph T. Guarracino sravin@saul.com,
           jgillman@saul.com
          Stephen  B. Ravin    on behalf of Plaintiff Yvette L. Guarracino sravin@saul.com,
           jgillman@saul.com
          Stephen  B. Ravin    on behalf of Debtor Joseph T. Guarracino sravin@saul.com,   jgillman@saul.com
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
                                                                              TOTAL: 15