UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MELLINGER, SANDERS & KARTZMAN L.L.C.**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
Attorneys for Trustee, Steven P. Kartzman

**Order Filed on November 16, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

**JOSEPH T. and YVETTE L. GUARRACINO,**

Debtors.

Case No. 14-30441 SLM

Chapter 7

Hearing Date:

Judge: Honorable Stacey L. Meisel

### ORDER GRANTING ALLOWANCES TO BROKER

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: November 16, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor: Joseph T. and Yvette L. Guarracino

Case No.: 14-30441 SLM

Caption of Order: Order Granting Allowances to Broker

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
| --- | --- | --- |
| Garden State Yacht Sales | $3,000.00 | $0.00 |