UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MELLINGER, SANDERS & KARTZMAN L.L.C.**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
Attorneys for Trustee, Steven P. Kartzman

Order Filed on November 16, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

**JOSEPH T. and YVETTE L. GUARRACINO,**

            Debtors.

Case No. 14-30441 SLM

Chapter 7

Hearing Date:

Judge: Honorable Stacey L. Meisel

### ORDER GRANTING ALLOWANCES TO BROKER

The relief set forth on the following pages, number two (2)  is hereby **ORDERED**.

**DATED: November 16, 2016**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor:             Joseph T. and Yvette L. Guarracino

Case No.:           14-30441 SLM

Caption of Order:   Order Granting Allowances to Broker

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
| --- | --- | --- |
| Garden State Yacht Sales | $3,000.00 | $0.00 |

United States Bankruptcy Court
District of New Jersey

In re:
Joseph T. Guarracino
Yvette L. Guarracino
    Debtors

Case No. 14-30441-SLM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Nov 16, 2016
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.
db/jdb      +Joseph T. Guarracino,    Yvette L. Guarracino,    17 Sycamore Court,    Westwood, NJ 07675-3523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2016 at the address(es) listed below:
       Alla    Kachan    on behalf of Defendant Joseph T. Guarracino alla@kachanlaw.com
       Alla    Kachan    on behalf of Joint Debtor Yvette L. Guarracino alla@kachanlaw.com
       Alla    Kachan    on behalf of Debtor Joseph T. Guarracino alla@kachanlaw.com
       Andrew R. Turner    on behalf of Plaintiff    Nathel & Nathel courts@turnerlaw.net
       Dipesh    Patel    on behalf of Plaintiff Joseph T. Guarracino dpatel@saul.com
       Dipesh    Patel    on behalf of Debtor Joseph T. Guarracino dpatel@saul.com
       Dipesh    Patel    on behalf of Joint Debtor Yvette L. Guarracino dpatel@saul.com
       Dipesh    Patel    on behalf of Plaintiff Yvette L. Guarracino dpatel@saul.com
       Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
       Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
       AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
       MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
       Stephen   B. Ravin    on behalf of Joint Debtor Yvette L. Guarracino sravin@saul.com,
       jgillman@saul.com
       Stephen   B. Ravin    on behalf of Plaintiff Joseph T. Guarracino sravin@saul.com,
       jgillman@saul.com
       Stephen   B. Ravin    on behalf of Debtor Joseph T. Guarracino sravin@saul.com,    jgillman@saul.com
       Stephen   B. Ravin    on behalf of Plaintiff Yvette L. Guarracino sravin@saul.com,
       jgillman@saul.com
       Steven P. Kartzman    kartztee@optonline.net,
       jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
       Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
       jzapata@msklaw.net;nj16@ecfcbis.com;ncorona@msklaw.net;angiea@msklaw.net
       TOTAL: 17