**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

Order Filed on December 22, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey

| | |
|---|---|
| In re:<br><br>**JOSEPH T. AND YVETTE L. GUARRACINO,**<br><br>　　　　　　　　　Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 14-30441 (SLM)<br><br>Chapter 7<br><br>Honorable Stacey L. Meisel |

**CONSENT ORDER FOR CARVE-OUT FROM PROCEEDS OF
THE SALE OF PROPERTY OF THE ESTATE FOR THE PAYMENT OF
ADMINISTRATIVE CLAIMS PURSUANT TO 11 U.S.C. § 503(b) and § 506(c)**

　　　The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: December 22, 2016**

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Stacey L. Meisel_
　　　　　　　　　　　　　　　　　　　　　　　Honorable Stacey L. Meisel
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Joseph T. and Yvette L. Guarracino |
| Case No.: | 14-30441 (SLM) |
| Caption: | Consent Order for the Carve-Out from Proceeds of the Sale of Property of the Estate for the Payment of Administrative Fees Pursuant to 11 U.S.C. § 503(b) and § 506(c) |

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger, Sanders & Kartzman, LLC, on application for the entry of a Consent Order in lieu of a formal motion for a carve-out from the proceeds of sale of property of the estate for administrative fees incurred in connection with the preservation and sale of property, and the Trustee and The Provident Bank having agreed to amicably resolve this issue on the terms set forth herein, as appears from the signatures of counsel affixed hereto, it is hereby

**ORDERED AS FOLLOWS:**

1.  The Provident Bank, having a secured claim against the Debtors' 2002 Grady White 223 boat (the "Boat") in the sum of $7,381.97 as of November 30, 2016, such Boat having been sold for the sum of $22,000 (the "Sale Proceeds"), agrees to a carve-out of $1,500 from the payment to be made on its secured claim, to be retained by the estate for payment of administrative claims incurred in connection with the preservation and sale of the Boat pursuant to 11 U.S.C. § 503(b) and 506(c).

2.  The terms of this Consent Order are subject to the issuance of a Notice of Settlement and the following:

    (a)  If no objection to the Notice is filed, the issuance of a Certification of No Objection; or

    (b)  if any objection to the Notice is filed, the overruling of any such objection by this Court.

3.  Counsel for the Trustee shall serve a copy of this Order upon all interested parties within seven (7) days of the date of entry.

Debtor:     Joseph T. and Yvette L. Guarracino
Case No.:   14-30441 (SLM)
Caption:    Consent Order for the Carve-Out from Proceeds of the Sale of Property of the Estate for the Payment of Administrative Fees Pursuant to 11 U.S.C. § 503(b) and § 506(c)

*The undersigned hereby consent to
the form and entry of the within Order:*

MELLINGER, SANDERS                          THE PROVIDENT BANK
& KARTZMAN, LLC
*Attorneys for Trustee*


By:   /s/ Joseph R. Zapata, Jr., Esq.       By:   /s/ Rudolph Nemeth
      JOSEPH R. ZAPATA, JR., ESQ.                 RUDOLPH NEMETH,
                                                  FIRST VICE PRESIDENT
Dated: December 13, 2016, 2016
                                            Dated: December 1, 2016