**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven P. Kartzman, Esq.
*Attorneys for Trustee, Steven P. Kartzman*



**Order Filed on September 26, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

| In re: | UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|---|
| **JOSEPH T. AND YVETTE L. GUARRACINO,** | Case No. 14-30441 (SLM) |
| Debtor. | Chapter 7 |
| | Honorable Stacey L. Meisel |

**ORDER TO DISALLOW, MODIFY, AND FIX TREATMENT OF CLAIMS PURSUANT TO FED R. BANKR. P. 3007(d) AND 11 U.S.C. § 502**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: September 26, 2017**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:   Joseph T. and Yvette L. Guarracino
Case No.: 14-30441 (SLM)
Caption:  Order TO DISALLOW, MODIFY AND FIX TREATMENT OF CLAIMS PURSUANT TO FED R. BANKR. P. 3007 AND 11 U.S.C. § 502

---

This matter having been brought before the Court by Mellinger, Sanders & Kartzman, LLC, attorneys for Steven P. Kartzman, Chapter 7 Trustee (the "Trustee"), by Notice of Motion to Disallow, Modify and Fix Treatment of Claims, and the Court having considered opposition thereto, if any; and good cause having been shown, it is hereby

**ORDERED AS FOLLOWS**:

1. Claim No. 3-1 filed on February 16, 2015 by TD Bank N.A. on the Claims Register is hereby reclassified as a general unsecured claim in the amount of $32,614.54.

2. A copy of this Order shall be served on all interested parties within 7 days of the date hereof.