## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 14-30441-SLM |
| --- | --- | --- |
| Joseph T. Guarracino | Hearing Date: | January 9, 2018 |
| | Chapter: | 7 |
| | Judge: | Stacey L. Meisel |

### NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Stacey L. Meisel_____, United States Bankruptcy Judge.

**Reason for Hearing:**     Chapter 7 Status Conference

**Location of Hearing:**     Courtroom No. 3 A

 3rd Floor

 50 Walnut Street

 Newark, New Jersey 07102

**Date and Time:**     January 9, 2018 at 11:00 AM _____, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**     ☒ **ARE REQUIRED**     ☐ **ARE NOT REQUIRED**

DATE: December 8, 2017 _____

JEANNE A. NAUGHTON, Clerk

By: Ana P. Costa _____
 Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _____December 8_____, 20 17 ___ this notice was served on the following:

 Debtor, Debtor's Counsel, and US Trustee

JEANNE A. NAUGHTON, Clerk

By: Ana P. Costa _____
 Deputy Clerk

*rev.1/4/17*