| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No.: 14-<br><br>Adv. No.: 14-020<br>Order Filed on December 28,<br>2017 by Clerk, U.S. Bankruptcy<br>Judge: Stacey L. Meisel<br>Court District of New Jersey |
| IN RE:<br><br>JOSEPH T. GUARRACINO and<br>YVETTE L. GUARRACINO,<br><br>                             Joint-Debtors. | |
| ALLIANCE SHIIPPERS, INC.,<br><br>                             Plaintiff,<br><br>vs.<br><br>JOSEPH T. GUARRACINO<br><br>                             Defendant. | **ORDER AWARDING COUNSEL<br>FEES AND COSTS PURSUANT TO<br>11 U.S.C. 523(a)(4)** |

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 28, 2017

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been brought before the Court by plaintiff, Alliance Shippers, Inc., on a complaint by and through its counsel, Ronald Horowitz, Esq., seeking an award of counsel fees and costs pursuant to this Court's October 16, 2017 order, the court having considered the Affidavit of Services together with its attached Fee Application Cover Sheet, and for good cause shown, it is hereby

**ORDERED** that defendant shall pay plaintiff **$10,880.00** in attorney's fees and **$1,154.00** in costs;

**AND IT IS FURTHER ORDERED** that the attorney's fees and costs heretofore ordered are non-dischargeable and excepted from discharge pursuant to 11 U.S.C. 523(a)(4);

**AND IT IS FURTHER ORDERED** that copies of this Order shall be served upon the debtor and counsel of record within seven (7) days of the date hereof.