| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Case No.: 14-... |
| IN RE:<br><br>JOSEPH T. GUARRACINO and<br>YVETTE L. GUARRACINO,<br><br>Joint-Debtors. | Adv. No.: 14-020...<br>Judge: Stacey L. Meisel |
| ALLIANCE SHIPPERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH T. GUARRACINO<br><br>Defendant. | **ORDER AWARDING COUNSEL FEES AND COSTS PURSUANT TO 11 U.S.C. 523(a)(4)** |

Order Filed on December 28, 2017 by Clerk, U.S. Bankruptcy Court District of New Jersey

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 28, 2017

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter having been brought before the Court by plaintiff, Alliance Shippers, Inc., on a complaint by and through its counsel, Ronald Horowitz, Esq., seeking an award of counsel fees and costs pursuant to this Court's October 16, 2017 order, the court having considered the Affidavit of Services together with its attached Fee Application Cover Sheet, and for good cause shown, it is hereby

**ORDERED** that defendant shall pay plaintiff **$10,880.00** in attorney's fees and $1,154.00 in costs;

**AND IT IS FURTHER ORDERED** that the attorney's fees and costs heretofore ordered are non-dischargeable and excepted from discharge pursuant to 11 U.S.C. 523(a)(4);

**AND IT IS FURTHER ORDERED** that copies of this Order shall be served upon the debtor and counsel of record within seven (7) days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-30441-SLM
Joseph T. Guarracino                                                  Chapter 7
Yvette L. Guarracino
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Dec 28, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2017.
db/jdb         +Joseph T. Guarracino,   Yvette L. Guarracino,   17 Sycamore Court,   Westwood, NJ 07675-3523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
          Alla   Kachan    on behalf of Defendant Joseph T. Guarracino alla@kachanlaw.com
          Alla   Kachan    on behalf of Joint Debtor Yvette L. Guarracino alla@kachanlaw.com
          Alla   Kachan    on behalf of Debtor Joseph T. Guarracino alla@kachanlaw.com
          Andrew R. Turner    on behalf of Plaintiff    Nathel & Nathel courts@turnerlaw.net
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Dipesh  Patel    on behalf of Plaintiff Joseph T. Guarracino dipesh.patel@saul.com
          Dipesh  Patel    on behalf of Debtor Joseph T. Guarracino dipesh.patel@saul.com
          Dipesh  Patel    on behalf of Joint Debtor Yvette L. Guarracino dipesh.patel@saul.com
          Dipesh  Patel    on behalf of Plaintiff Yvette L. Guarracino dipesh.patel@saul.com
          Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWMBS 2007-18) nj-ecfmail@mwc-law.com
          Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
          Stephen B. Ravin    on behalf of Plaintiff Yvette L. Guarracino sravin@saul.com,    jgillman@saul.com
          Stephen B. Ravin    on behalf of Debtor Joseph T. Guarracino sravin@saul.com,    jgillman@saul.com
          Stephen B. Ravin    on behalf of Plaintiff Joseph T. Guarracino sravin@saul.com,    jgillman@saul.com
          Stephen B. Ravin    on behalf of Joint Debtor Yvette L. Guarracino sravin@saul.com,
           jgillman@saul.com
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
                                                                                               TOTAL: 19