Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−30441−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph T. Guarracino
17 Sycamore Court
Westwood, NJ 07675

Yvette L. Guarracino
17 Sycamore Court
Westwood, NJ 07675

Social Security No.:
xxx−xx−7113

xxx−xx−0945

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/9/18 at 10:00 AM

to consider and act upon the following:

*164* − Notice of Hearing for Chapter 7 Status Conference (related document:160 Application re: For Entry of a Consent Order Resolving Claim 10 Filed By The State of New Jersey Division of Taxation Filed by Steven P. Kartzman on behalf of Steven P. Kartzman. Objection deadline is 12/7/2017. filed by Trustee Steven P. Kartzman). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 1/9/2018 at 11:00 AM at SLM − Courtroom 3A, Newark. (apc)

Dated: 1/3/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court