Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−30441−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph T. Guarracino                          Yvette L. Guarracino
   17 Sycamore Court                             17 Sycamore Court
   Westwood, NJ 07675                            Westwood, NJ 07675

Social Security No.:
   xxx−xx−7113                                   xxx−xx−0945

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 1/9/18 at 10:00 AM

to consider and act upon the following:

*164* − Notice of Hearing for Chapter 7 Status Conference (related document:160 Application re: For Entry of a Consent Order Resolving Claim 10 Filed By The State of New Jersey Division of Taxation Filed by Steven P. Kartzman on behalf of Steven P. Kartzman. Objection deadline is 12/7/2017. filed by Trustee Steven P. Kartzman). The following parties were served: Debtor, Debtor's Attorney, Trustee, and US Trustee. Hearing scheduled for 1/9/2018 at 11:00 AM at SLM − Courtroom 3A, Newark. (apc)

Dated: 1/3/18

                                                Jeanne Naughton
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 14-30441-SLM
Joseph T. Guarracino                                                   Chapter 7
Yvette L. Guarracino
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jan 03, 2018
                              Form ID: ntchrgbk        Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db/jdb         +Joseph T. Guarracino,   Yvette L. Guarracino,   17 Sycamore Court,   Westwood, NJ 07675-3523
aty            +Mellinger, Sanders & Kartzman, LLC,   101 Gibraltar Drive,   Suite 2F,
                 Morris Plains, NJ 07950-1287
aty            +Ronald Horowitz,   Ronald Horowitz, Esq,   PO Box 353707,   Palm Coast, FL 32135-3707
auc            +A.J. Willner Auctions,   PO Box 1012,   Springfield, NJ 07081-5012
cr              American Express,   Attn: Becket & Lee LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
br              Garden State Yacht Sales,   101 Route 35 South and,   the Manasquan River,
                 Point Pleasant Beach, NJ 08742
cr             +Lyndhurst Coat Co., Inc.,   PO Box 414,   Wyckoff, NJ 07481-0414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
app            +E-mail/Text: atkinsappraisal@aol.com Jan 03 2018 23:18:33      A Atkins Appraisal Corporation,
                 122 Clinton Road,   Fairfiled, NJ 07004-2900
app            +E-mail/Text: atkinsappraisal@aol.com Jan 03 2018 23:18:33      A. Atkins Appraisal Corp.,
                 122 Clinton Road,   Fairfield, NJ 07004-2900
auc            +E-mail/Text: msklar@ajwillnerauctions.com Jan 03 2018 23:18:44      A.J. Willner & Co., Inc,
                 PO Box 1012,   Springfield, NJ 07081-5012
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 23:21:29      Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Mellinger Sanders & Kartzman,   101 Gibraltar Drive,   Suite 2F,   Morris Plains, NJ 07950-1287
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
          Alla   Kachan    on behalf of Joint Debtor Yvette L. Guarracino alla@kachanlaw.com
          Alla   Kachan    on behalf of Debtor Joseph T. Guarracino alla@kachanlaw.com
          Alla   Kachan    on behalf of Defendant Joseph T. Guarracino alla@kachanlaw.com
          Andrew R. Turner    on behalf of Plaintiff   Nathel & Nathel courts@turnerlaw.net
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Dipesh   Patel    on behalf of Debtor Joseph T. Guarracino dipesh.patel@saul.com
          Dipesh   Patel    on behalf of Joint Debtor Yvette L. Guarracino dipesh.patel@saul.com
          Dipesh   Patel    on behalf of Plaintiff Yvette L. Guarracino dipesh.patel@saul.com
          Dipesh   Patel    on behalf of Plaintiff Joseph T. Guarracino dipesh.patel@saul.com
          Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWMBS 2007-18) nj-ecfmail@mwc-law.com
          Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
          Stephen B. Ravin    on behalf of Joint Debtor Yvette L. Guarracino sravin@saul.com,
           jgillman@saul.com
          Stephen B. Ravin    on behalf of Plaintiff Yvette L. Guarracino sravin@saul.com,   jgillman@saul.com
          Stephen B. Ravin    on behalf of Debtor Joseph T. Guarracino sravin@saul.com,   jgillman@saul.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Jan 03, 2018
                              Form ID: ntchrgbk        Total Noticed: 11


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stephen B. Ravin     on behalf of Plaintiff Joseph T. Guarracino sravin@saul.com,    jgillman@saul.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
                                                                                           TOTAL: 19
```