| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
|---|---|
| **McCABE, WEISBERG & CONWAY, LLC**<br>**By: Mina M. Beshara, Esq. (Atty. I.D.#202032017)**<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant: Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee, for Cwmbs, Inc., Chl Mortgage Pass-Through Trust 2007-18, Mortgage Pass-Through Certificates, Series 2007-18 | Order Filed on February 14, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
| IN re:<br><br>Joseph T. Guarracino<br>Yvette L. Guarracino<br>    Debtors | Case No.: 14-30441-SLM<br>Chapter: 7<br>Judge: Stacey L. Meisel |

## ORDER VACATING STAY

The relief set forth on the following pages is hereby **ORDERED**

**DATED: February 14, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtors: Joseph T. Guarracino and Yvette L. Guarracino
Case No: 14-30441-SLM
Caption of Order: ORDER VACATING STAY

Upon the motion of **Bayview Loan Servicing, LLC, as servicer for The Bank of New York Mellon FKA the Bank of New York, as Trustee, for Cwmbs, Inc., Chl Mortgage Pass-Through Trust 2007-18, Mortgage Pass-Through Certificates, Series 2007-18**, or its successors or assignees, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) or appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

17 Sycamore Court, Westwood, New Jersey 07675

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property

☐ Personal property more fully described as:

ORDERED that Movant may pursue any and all loss mitigation options with respect to the Debtor(s) or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph T. Guarracino  
Yvette L. Guarracino  
     Debtors

Case No. 14-30441-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 15, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.  
db/jdb      +Joseph T. Guarracino,    Yvette L. Guarracino,    17 Sycamore Court,    Westwood, NJ 07675-3523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:

        Alla   Kachan    on behalf of Defendant Joseph T. Guarracino alla@kachanlaw.com  
        Alla   Kachan    on behalf of Joint Debtor Yvette L. Guarracino alla@kachanlaw.com  
        Alla   Kachan    on behalf of Debtor Joseph T. Guarracino alla@kachanlaw.com  
        Andrew R. Turner    on behalf of Plaintiff    Nathel & Nathel courts@turnerlaw.net  
        Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Dipesh  Patel    on behalf of Plaintiff Joseph T. Guarracino dipesh.patel@saul.com  
        Dipesh  Patel    on behalf of Debtor Joseph T. Guarracino dipesh.patel@saul.com  
        Dipesh  Patel    on behalf of Joint Debtor Yvette L. Guarracino dipesh.patel@saul.com  
        Dipesh  Patel    on behalf of Plaintiff Yvette L. Guarracino dipesh.patel@saul.com  
        Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net  
        Joseph R Zapata, Jr.    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC jzapata@msklaw.net  
        Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWMBS 2007-18) nj-ecfmail@mwc-law.com  
        Mina M Beshara    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 nj-ecfmail@mwc-law.com  
        Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net  
        Stephen B. Ravin    on behalf of Plaintiff Yvette L. Guarracino sravin@saul.com,    jgillman@saul.com  
        Stephen B. Ravin    on behalf of Debtor Joseph T. Guarracino sravin@saul.com,    jgillman@saul.com  
        Stephen B. Ravin    on behalf of Plaintiff Joseph T. Guarracino sravin@saul.com,    jgillman@saul.com  
        Stephen B. Ravin    on behalf of Joint Debtor Yvette L. Guarracino sravin@saul.com, jgillman@saul.com  
        Steven P. Kartzman    kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
        Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net, jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
                                                                                   TOTAL: 21