Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  14−30441−SLM
Chapter:  7
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph T. Guarracino                          Yvette L. Guarracino
   17 Sycamore Court                             17 Sycamore Court
   Westwood, NJ 07675                            Westwood, NJ 07675
Social Security No.:
   xxx−xx−7113                                   xxx−xx−0945
Employer's Tax I.D. No.:

---

### Notice That a Transcript Has Been Filed

        You are Noticed that a Transcript has been filed on 3/23/18. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: March 26, 2018
JAN:

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-30441-SLM
Joseph T. Guarracino                                                     Chapter 7
Yvette L. Guarracino
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin           Page 1 of 2              Date Rcvd: Mar 26, 2018
                               Form ID: tsntc         Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db/jdb       +Joseph T. Guarracino,   Yvette L. Guarracino,   17 Sycamore Court,   Westwood, NJ 07675-3523
aty          +Mellinger, Sanders & Kartzman, LLC,   101 Gibraltar Drive,   Suite 2F,
              Morris Plains, NJ 07950-1287
aty          +Ronald Horowitz,   Ronald Horowitz, Esq,   PO Box 353707,   Palm Coast, FL 32135-3707
auc          #+A.J. Willner Auctions,   PO Box 1012,   Springfield, NJ 07081-5012
cr            American Express,   Attn:  Becket & Lee LLP,   P.O. Box 3001,   Malvern, PA  19355-0701
br            Garden State Yacht Sales,   101 Route 35 South and,   the Manasquan River,
              Point Pleasant Beach, NJ  08742
cr           +Lyndhurst Coat Co., Inc.,   PO Box 414,   Wyckoff, NJ 07481-0414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2018 00:05:21    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2018 00:05:18    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
app          +E-mail/Text: atkinsappraisal@aol.com Mar 27 2018 00:05:08    A Atkins Appraisal Corporation,
              122 Clinton Road,   Fairfiled, NJ 07004-2900
app          +E-mail/Text: atkinsappraisal@aol.com Mar 27 2018 00:05:08    A. Atkins Appraisal Corp.,
              122 Clinton Road,   Fairfiled, NJ 07004-2900
auc          +E-mail/Text: msklar@ajwillnerauctions.com Mar 27 2018 00:05:15    A.J. Willner & Co., Inc,
              PO Box 1012,   Springfield, NJ 07081-5012
cr           +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2018 00:09:05    Synchrony Bank,
              c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
                                                                                          TOTAL: 6


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Mellinger Sanders & Kartzman,   101 Gibraltar Drive,   Suite 2F,   Morris Plains, NJ 07950-1287
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                          Signature:   /s/Joseph Speetjens


## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
          Alla  Kachan    on behalf of Joint Debtor Yvette L. Guarracino alla@kachanlaw.com
          Alla  Kachan    on behalf of Debtor Joseph T. Guarracino alla@kachanlaw.com
          Alla  Kachan    on behalf of Defendant Joseph T. Guarracino alla@kachanlaw.com
          Andrew R. Turner    on behalf of Plaintiff   Nathel & Nathel courts@turnerlaw.net
          Denise E. Carlon    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Dipesh  Patel    on behalf of Debtor Joseph T. Guarracino dipesh.patel@saul.com
          Dipesh  Patel    on behalf of Joint Debtor Yvette L. Guarracino dipesh.patel@saul.com
          Dipesh  Patel    on behalf of Plaintiff Yvette L. Guarracino dipesh.patel@saul.com
          Dipesh  Patel    on behalf of Plaintiff Joseph T. Guarracino dipesh.patel@saul.com
          Joseph R Zapata, Jr.   on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Joseph R Zapata, Jr.   on behalf of Attorney   Mellinger, Sanders & Kartzman, LLC
           jzapata@msklaw.net

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 26, 2018
                              Form ID: tsntc           Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWMBS 2007-18) nj-ecfmail@mwc-law.com
          Mina M Beshara    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS
           TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 nj-ecfmail@mwc-law.com
          Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
          Stephen B. Ravin    on behalf of Joint Debtor Yvette L. Guarracino sravin@saul.com,
           jgillman@saul.com
          Stephen B. Ravin    on behalf of Plaintiff Yvette L. Guarracino sravin@saul.com,  jgillman@saul.com
          Stephen B. Ravin    on behalf of Debtor Joseph T. Guarracino sravin@saul.com,  jgillman@saul.com
          Stephen B. Ravin    on behalf of Plaintiff Joseph T. Guarracino sravin@saul.com,  jgillman@saul.com
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
                                                                                        TOTAL: 21
```