Form 200 – blanknotice

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 14−30441−SLM
                        Chapter:  7
                        Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph T. Guarracino                                Yvette L. Guarracino
   17 Sycamore Court                                     17 Sycamore Court
   Westwood, NJ 07675                                Westwood, NJ 07675

Social Security No.:
   xxx−xx−7113                                            xxx−xx−0945

Employer's Tax I.D. No.:

Each party must submit a copy of its proposed order with a written submission explaining why the Court should enter the proposed order. Submission are due by April 17, 2018

Dated: March 28, 2018
JAN: nds

                                                                        Jeanne Naughton
                                                                        Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 14-30441-SLM
Joseph T. Guarracino                                                Chapter 7
Yvette L. Guarracino
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: admin                  Page 1 of 4                  Date Rcvd: Mar 28, 2018
                              Form ID: 200                 Total Noticed: 74


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
db/jdb       +Joseph T. Guarracino,    Yvette L. Guarracino,    17 Sycamore Court,    Westwood, NJ 07675-3523
aty          +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,    Suite 2F,
               Morris Plains, NJ 07950-1287
aty          +Ronald Horowitz,    Ronald Horowitz, Esq,    PO Box 353707,    Palm Coast, FL 32135-3707
auc         #+A.J. Willner Auctions,    PO Box 1012,    Springfield, NJ 07081-5012
cr            American Express,    Attn: Becket & Lee LLP,    P.O. Box 3001,    Malvern, PA  19355-0701
br            Garden State Yacht Sales,    101 Route 35 South and,    the Manasquan River,
               Point Pleasant Beach, NJ  08742
515092528     AJ Trucco Inc.,    343-344 C. NYC Terminal Market,    Bronx, NY 10474
515092526    #+Accounts Receivable Management, Inc.,    PO Box 129,    Thorofare, NJ 08086-0129
515092527    +Agri Exotic Trading,    700 U.S. Route 46,    Clifton, NJ 07013-1501
515092529    +Alliance Shippers, Inc.,    516 Sylvan Avenue,    Englewood Cliffs, NJ 07632-3022
515336270    +Alliance Shippers, Inc.,    c/o Ronald Horowitz, Esq.,    2561 Moody Blvd, Suite D,
               Flager Beach, FL 32136-4425
515130902     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
515092530    +C&J Bros. Produce,    238-241 Row B.,    NYC Terminal Market,    Bronx, NY 10451
515474133     CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,    POB 3001,    MALVERN, PA 19355-0701
515092531    +Caine & Weber,    9931 Corporate Campus Drive,    Louisville, KY 40223-4035
515092532    +CitiBank NA,    Northland Group, Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
515092533     Country Wide Produce,    266B Hunts Point Terminal,    Bronx, NY 10474
515092534     D’Arrigo Bros.,    315 NYC Terminal Market,    Bronx, NY 10474
515092535     D.M. Rothman Co., Inc.,    NYC Terminal Market,    Row  A,    Bronx, NY 10474
515092536     E. Armata Fruit & Produce,    Stores 111-117 NYC Terminal Market,    Bronx, NY 10474
515092538     EZ Pass NY,    Neo Financial Systems,    P.O. Box 15372,    Wilmington, DE 19850-5372
515092537    +Equitable Ascent Financial, LLC,    c/o Sklar-Markind,    102 Browning Lane, Building B, Suite 1,
               Cherry Hill, NJ 08003-3195
515092539     Fierman Produce Exchange,    Stores 247-248 250-257,    Bronx, NY 10474
515092540    +Fresh Mushroom Farm,    81 Albert Drive,    Clinton, NJ 08809-1277
515092542    +GFP Distributors, Inc.,    P.O. Box 2282,    South Hackensack, NJ 07606-0882
515092578    +Highway Body Works,    8600 Tonelle Ave.,    North Bergen, NJ 07047-4799
515092579    +Hydro Electric Lift,    1700 Paterson Plank Road,    North Bergen, NJ 07047-1910
515092582    +IRS,    Holtsville, NY 00544-0001
515092583     Jerry Porricelli Produce,    342 Row C. Hunts Point Co-op,    Bronx, NY 10474
515092584    +John Molinelli, Inc.,    5080 Landis Ave.,    Vineland, NJ 08360-9340
515092585     Kohl’s Department Stores Inc.,    c/o CBCS,    PO Box 69,    Columbus, OH 43216
515092586     Krisp-Pak,    9 Crows Mill Road,    Keasbey, NJ 08832
515092587    +LBD Produce,    B226-233 NYC Terminal Market,    Bronx, NY 10474-7400
515092588    +Lyndhurst Coat Co., Inc.,    P.O. Box 414,    Wyckoff, NJ 07481-0414
515092589    +Morris Okun, Inc.,    Units 205-220, NYC Terminal Market,    Bronx, NY 10474-7402
515092590    +Mr. Sprout, Inc.,    401 Hunts Point Terminal,    Bronx, NY 10474-7011
515092594     NJ EZ Pass,    P.O. Box 1235,    Elmsford, NY 10523-0935
515478490     Nathel and Nathel,    357 Row C,    NYC Terminal Market,    Bronx, NY 10474
515092591    +Nathel and Nathel,    Attn: Turner Law Firm,    76 South Orange Ave.,    Ste. 306,
               South Orange, NJ 07079-1923
515092595    +Peerless Insurance,    c/o Teller, Levit & Silvertrust, PC,    19 S. Lasalle,    Suite 701,
               Chicago, IL 60603-1431
515092596     Pinnacle Credit Services,    c/o Northland Group Inc.,    PO Box 990846,    Minneapolis, MN 55439
515092597    +Pinto Service,    95 Route 46 West,    Lodi, NJ 07644-3619
515092599    +RentaLift,    48 Alabama Ave.,    Paterson, NJ 07503-2107
515092600    #+Residential Credit Solutions, Inc.,    P.O. Box 163349,    Fort Worth, TX 76161-3349
515092602    +Rober J. Zak, CPA,    75 Essex Street,    Ste. 210,    Hackensack, NJ 07601-4035
515092605    +S&S Refrigeration,    733 Communipaw Ave.,    Jersey City, NJ 07304-1707
515092608   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Division of Taxation,
               Federal Offset Program,    PO Box 283,    Trenton, NJ 08695)
515092606    +Smart Auto & Truck Center,    777-779 Fairview Ave.,    Fairview, NJ 07022-1508
515092607    +Speed Fuel Corp.,    344 East State Hwy. 4,    Paramus, NJ 07652-5105
515092609    +State of New Jersey Division of Taxation,    50 Barrack Street,    Trenton, NJ 08608-2006
515092610   ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
              (address filed with court: T-Mobile,    PO Box 629025,    El Dorado Hills, CA 95762)
515092611    +TD Bank,    c/o NCB Management Services, Inc.,    PO Box 1099,    Langhorne, PA 19047-6099
517116047    +TD Bank, N.A.,    Attn: Richard J. Tracy, III,    30 Montgomery St.,    Ste. 1205,
               Jersey City, NJ 07302-3835
515092612     The Alphas Co.,    223-225 Row B. Hunts Point Terminal,    Market,    Bronx, NY 10474
515092613    +To-Jo Mushrooms,    P.O. Box 687,    Avondale, PA 19311-0687
515092614    +U.S. Department of Education,    c/o ConServe,    PO Box 457,    Fairport, NY 14450-0457
515092615    +United Water NJ,    c/o Penn Credit,    916 S. 14th St.,    Harrisburg, PA 17104-3425
515092617    +VCMR LLC Truck Service,    6 Bower St.,    Linden, NJ 07036-2614
515092618    +Waste Management,    P.O. Box 13648,    Philadelphia, PA 19101-3648
```

```
District/off: 0312-2          User: admin                Page 2 of 4            Date Rcvd: Mar 28, 2018
                              Form ID: 200               Total Noticed: 74


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 28 2018 23:12:53      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 28 2018 23:12:52       United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
app             +E-mail/Text: atkinsappraisal@aol.com Mar 28 2018 23:12:40      A Atkins Appraisal Corporation,
                   122 Clinton Road,    Fairfiled, NJ 07004-2900
app             +E-mail/Text: atkinsappraisal@aol.com Mar 28 2018 23:12:40      A. Atkins Appraisal Corp.,
                   122 Clinton Road,    Fairfield, NJ 07004-2900
auc             +E-mail/Text: msklar@ajwillnerauctions.com Mar 28 2018 23:12:47      A.J. Willner & Co., Inc,
                   PO Box 1012,    Springfield, NJ 07081-5012
cr              +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2018 23:15:46      Synchrony Bank,
                   c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
515427445        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2018 23:15:35
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,    PO Box 248848,
                   Oklahoma City, OK 73124-8848
515308994       +E-mail/Text: bankruptcy@cavps.com Mar 28 2018 23:13:19      Cavalry SPV I, LLC,
                   500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515092541       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 28 2018 23:12:51      GE Money/QVC/Midland Funding,
                   c/o Midland Credit Management,   8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
515092581       +E-mail/Text: cio.bncmail@irs.gov Mar 28 2018 23:12:29      Internal Revenue Service,
                   1 Kalisa way,   Paramus, NJ 07652-3511
515092592       +E-mail/Text: bkrpt@retrievalmasters.com Mar 28 2018 23:12:50      NJ EZ Pass,
                   c/o Retrieval-Masters Creditors Bureau,    4 Westchester Plaza, Suite 110,
                   Elmsford, NY 10523-1615
515092598       +E-mail/Text: Harris@ebn.phinsolutions.com Mar 28 2018 23:13:56       PSE&G,
                   c/o Harris & Harris, Ltd.,    111 West Jackson Blvd., Suite 400,   Chicago, IL 60604-4135
515092601       +E-mail/Text: bkrpt@retrievalmasters.com Mar 28 2018 23:12:50
                 Retrieval-Masters Creditors Bureau, Inc.,    4 Westchester Plaza, Suite 110,
                   Elmsford, NY 10523-1615
515296598        E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2018 23:14:57      Synchrony Bank,
                   c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                   Miami, FL 33131-1605
515330048        E-mail/Text: bankruptcy@td.com Mar 28 2018 23:12:56      TD Bank N.A.,   Attn: Bankruptcy Dept.,
                   ME2-002-035,   P.O. Box 9547,   Portland, ME 04112-9547
                                                                                              TOTAL: 15

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Mellinger Sanders & Kartzman,   101 Gibraltar Drive,   Suite 2F,   Morris Plains, NJ 07950-1287
cr*            +Lyndhurst Coat Co., Inc.,   PO Box 414,   Wyckoff, NJ 07481-0414
515448427*      AMERICAN EXPRESS BANK, FSB,   C/O BECKET AND LEE LLP,   POB 3001,    MALVERN, PA 19355-0701
515092543*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092544*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092545*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092546*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092547*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092548*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092549*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092550*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092551*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092552*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092553*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092554*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092555*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092556*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092557*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092558*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092559*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092560*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092561*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092562*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092563*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092564*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092565*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092566*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092567*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092568*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092569*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092570*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092571*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092572*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092573*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092574*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092575*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092576*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
515092577*     +GFP Distributors, Inc.,   P.O. Box 2282,   South Hackensack, NJ 07606-0882
```

```
District/off: 0312-2          User: admin               Page 3 of 4               Date Rcvd: Mar 28, 2018
                              Form ID: 200              Total Noticed: 74


              ***** BYPASSED RECIPIENTS (continued) *****
515092580*         Internal Revenue Service,    PO  Box 7346,    Philadelphia, PA 19101-7346
515092593*        +NJ EZ Pass,    c/o Retrieval-Masters Creditors Bureau,     4 Westchester Plaza, Suite 110,
                   Elmsford, NY 10523-1615
515092604*        +Ronald Horowitz, Esq.,    2561 Moody Blvd.,    Suite D,    Flagler Beach, FL 32136-4425
515816965*       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                  (address filed with court:   State of New Jersey,    Division of Taxation,    P.O. Box 245,
                   Trenton, NJ 08695-0245)
515092616*        +United Water NJ,    c/o Penn Credit,    916 S. 14th Street,    Harrisburg, PA 17104-3425
515092603        ##+Ronald Horowitz, Esq.,    2561 Moody Blvd. Suite D,    Flagler Beach, FL 32136-4425
                                                                                             TOTALS: 0, * 43, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2018 at the address(es) listed below:
              Alla   Kachan    on behalf of Joint Debtor Yvette L. Guarracino alla@kachanlaw.com
              Alla   Kachan    on behalf of Debtor Joseph T. Guarracino alla@kachanlaw.com
              Alla   Kachan    on behalf of Defendant Joseph T. Guarracino alla@kachanlaw.com
              Andrew R. Turner    on behalf of Plaintiff    Nathel & Nathel courts@turnerlaw.net
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dipesh   Patel    on behalf of Debtor Joseph T. Guarracino dipesh.patel@saul.com
              Dipesh   Patel    on behalf of Joint Debtor Yvette L. Guarracino dipesh.patel@saul.com
              Dipesh   Patel    on behalf of Plaintiff Yvette L. Guarracino dipesh.patel@saul.com
              Dipesh   Patel    on behalf of Plaintiff Joseph T. Guarracino dipesh.patel@saul.com
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Joseph R Zapata, Jr.    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
               jzapata@msklaw.net
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2007-18) nj-ecfmail@mwc-law.com
              Mina M Beshara    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS
                TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 nj-ecfmail@mwc-law.com
              Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
              Stephen B. Ravin    on behalf of Joint Debtor Yvette L. Guarracino sravin@saul.com,
               jgillman@saul.com
              Stephen B. Ravin    on behalf of Plaintiff Yvette L. Guarracino sravin@saul.com,    jgillman@saul.com
              Stephen B. Ravin    on behalf of Debtor Joseph T. Guarracino sravin@saul.com,    jgillman@saul.com
              Stephen B. Ravin    on behalf of Plaintiff Joseph T. Guarracino sravin@saul.com,    jgillman@saul.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
```

```
District/off: 0312-2          User: admin              Page 4 of 4          Date Rcvd: Mar 28, 2018
                              Form ID: 200             Total Noticed: 74
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Steven P. Kartzman    kartztee@optonline.net,
     jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net

                                                                                                  TOTAL: 21