Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−30441−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph T. Guarracino                                     Yvette L. Guarracino
   17 Sycamore Court                                       17 Sycamore Court
   Westwood, NJ 07675                                 Westwood, NJ 07675

Social Security No.:
   xxx−xx−7113                                                        xxx−xx−0945

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/7/18 at 02:30 PM

to consider and act upon the following:

*187* − Application for Compensation for Mellinger, Sanders & Kartzman, LLC, Trustee's Attorney, period: 1/20/2015 to 5/1/2017, fee: $34,183.50, expenses: $252.00. Filed by Steven P. Kartzman. Hearing scheduled for 7/3/2018 at 02:30 PM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Cover Sheet # 4 Proposed Order) (Kartzman, Steven)

Dated: 6/29/18

                                                                                               Jeanne Naughton
                                                                                               Clerk, U.S. Bankruptcy Court