Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 14−30441−SLM
Chapter: 7
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joseph T. Guarracino                                   Yvette L. Guarracino
   17 Sycamore Court                                      17 Sycamore Court
   Westwood, NJ 07675                                     Westwood, NJ 07675

Social Security No.:
   xxx−xx−7113                                             xxx−xx−0945

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 8/7/18 at 02:30 PM

to consider and act upon the following:

*187* − Application for Compensation for Mellinger, Sanders & Kartzman, LLC, Trustee's Attorney, period: 1/20/2015 to 5/1/2017, fee: $34,183.50, expenses: $252.00. Filed by Steven P. Kartzman. Hearing scheduled for 7/3/2018 at 02:30 PM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Cover Sheet # 4 Proposed Order) (Kartzman, Steven)

Dated: 6/29/18

                                                          Jeanne Naughton
                                                          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-30441-SLM
Joseph T. Guarracino                                                      Chapter 7
Yvette L. Guarracino
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                 Page 1 of 2            Date Rcvd: Jun 29, 2018
                               Form ID: ntchrgbk           Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2018.
db/jdb         +Joseph T. Guarracino,    Yvette L. Guarracino,    17 Sycamore Court,    Westwood, NJ 07675-3523
aty            +Mellinger, Sanders & Kartzman, LLC,    101 Gibraltar Drive,   Suite 2F,
                 Morris Plains, NJ 07950-1287
aty            +Ronald Horowitz,    Ronald Horowitz, Esq,   PO Box 353707,    Palm Coast, FL 32135-3707
auc           #+A.J. Willner Auctions,    PO Box 1012,   Springfield, NJ 07081-5012
cr              American Express,    Attn: Becket & Lee LLP,   P.O. Box 3001,    Malvern, PA 19355-0701
br              Garden State Yacht Sales,    101 Route 35 South and,   the Manasquan River,
                 Point Pleasant Beach, NJ 08742
cr             +Lyndhurst Coat Co., Inc.,    PO Box 414,   Wyckoff, NJ 07481-0414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
app            +E-mail/Text: atkinsappraisal@aol.com Jun 29 2018 23:55:21     A Atkins Appraisal Corporation,
                 122 Clinton Road,    Fairfiled, NJ 07004-2900
app            +E-mail/Text: atkinsappraisal@aol.com Jun 29 2018 23:55:21     A. Atkins Appraisal Corp.,
                 122 Clinton Road,    Fairfield, NJ 07004-2900
auc            +E-mail/Text: msklar@ajwillnerauctions.com Jun 29 2018 23:55:39      A.J. Willner & Co., Inc,
                 PO Box 1012,   Springfield, NJ 07081-5012
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 29 2018 23:58:40     Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Mellinger Sanders & Kartzman,   101 Gibraltar Drive,   Suite 2F,    Morris Plains, NJ 07950-1287
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 29, 2018 at the address(es) listed below:
              Alla   Kachan    on behalf of Joint Debtor Yvette L. Guarracino alla@kachanlaw.com
              Alla   Kachan    on behalf of Debtor Joseph T. Guarracino alla@kachanlaw.com
              Alla   Kachan    on behalf of Defendant Joseph T. Guarracino alla@kachanlaw.com
              Andrew R. Turner    on behalf of Plaintiff    Nathel & Nathel courts@turnerlaw.net
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dipesh   Patel    on behalf of Debtor Joseph T. Guarracino dipesh.patel@saul.com
              Dipesh   Patel    on behalf of Joint Debtor Yvette L. Guarracino dipesh.patel@saul.com
              Dipesh   Patel    on behalf of Plaintiff Yvette L. Guarracino dipesh.patel@saul.com
              Dipesh   Patel    on behalf of Plaintiff Joseph T. Guarracino dipesh.patel@saul.com
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Joseph R Zapata, Jr.    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
               jzapata@msklaw.net
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Jun 29, 2018
                                  Form ID: ntchrgbk        Total Noticed: 11


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2007-18) nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
              Mina M Beshara    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 nj-ecfmail@mwc-law.com
              Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
              Stephen B. Ravin    on behalf of Joint Debtor Yvette L. Guarracino sravin@saul.com,
               jgillman@saul.com
              Stephen B. Ravin    on behalf of Plaintiff Yvette L. Guarracino sravin@saul.com,   jgillman@saul.com
              Stephen B. Ravin    on behalf of Debtor Joseph T. Guarracino sravin@saul.com,   jgillman@saul.com
              Stephen B. Ravin    on behalf of Plaintiff Joseph T. Guarracino sravin@saul.com,   jgillman@saul.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
               kartztee@optonline.net,   jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
                                                                                             TOTAL: 22
```