UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
Attorneys for Trustee, Steven P. Kartzman

Order Filed on September 18, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

**JOSEPH T. and YVETTE L. GUARRACINO,**

               **Debtors.**

Case No. 14-30441 SLM

Chapter 7

Hearing Date: September 18, 2018

Judge: Honorable Stacey L. Meisel

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, number two (2) is hereby **ORDERED**.

**DATED: September 18, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor: Joseph T. and Yvette L. Guarracino

Case No.: 14-30441 SLM

Caption of Order: Order Granting Allowances

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and the Court having considered the objections filed thereto; and for good and sufficient cause shown, for the reasons set forth on the record of the hearing on September 18, 2018, ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
| --- | --- | --- |
| Mellinger, Sanders & Kartzman, LLC | $34,183.50 | $252.00 |