UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
Attorneys for Trustee, Steven P. Kartzman

Order Filed on September 18,
2018 by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

**JOSEPH T. and YVETTE L. GUARRACINO,**

Debtors.

Case No.  14-30441 SLM

Chapter 7

Hearing Date: September 18, 2018

Judge: Honorable Stacey L. Meisel

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, number two (2)  is hereby **ORDERED**.

**DATED: September 18, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

(Page 2)

Debtor: Joseph T. and Yvette L. Guarracino

Case No.: 14-30441 SLM

Caption of Order: Order Granting Allowances

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and the Court having considered the objections filed thereto; and for good and sufficient cause shown, for the reasons set forth on the record of the hearing on September 18, 2018, ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger, Sanders & Kartzman, LLC | $34,183.50 | $252.00 |

United States Bankruptcy Court
District of New Jersey

In re:
Joseph T. Guarracino
Yvette L. Guarracino
    Debtors

Case No. 14-30441-SLM
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Sep 18, 2018
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db/jdb       +Joseph T. Guarracino,   Yvette L. Guarracino,   17 Sycamore Court,   Westwood, NJ 07675-3523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
          Alla   Kachan   on behalf of Defendant Joseph T. Guarracino alla@kachanlaw.com
          Alla   Kachan   on behalf of Joint Debtor Yvette L. Guarracino alla@kachanlaw.com
          Alla   Kachan   on behalf of Debtor Joseph T. Guarracino alla@kachanlaw.com
          Andrew R. Turner   on behalf of Plaintiff   Nathel & Nathel courts@turnerlaw.net
          Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Dipesh   Patel   on behalf of Plaintiff Joseph T. Guarracino dipesh.patel@saul.com
          Dipesh   Patel   on behalf of Debtor Joseph T. Guarracino dipesh.patel@saul.com
          Dipesh   Patel   on behalf of Joint Debtor Yvette L. Guarracino dipesh.patel@saul.com
          Dipesh   Patel   on behalf of Plaintiff Yvette L. Guarracino dipesh.patel@saul.com
          Joseph R Zapata, Jr.   on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
          Joseph R Zapata, Jr.   on behalf of Attorney   Mellinger, Sanders & Kartzman, LLC
           jzapata@msklaw.net
          Joshua I. Goldman   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Melissa S DiCerbo   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWMBS 2007-18) nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
          Mina M Beshara   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS
           TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
           MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 nj-ecfmail@mwc-law.com
          Nicole Alison Corona   on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
          Ronald   Horowitz   on behalf of Creditor   Alliance Shippers Inc. ,   rhorowitz@alliance.com
          Ronald   Horowitz   on behalf of Defendant   Alliance Shippers, Inc., ,   rhorowitz@alliance.com
          Ronald   Horowitz   on behalf of Non Compliance Ronald   Horowitz ,   rhorowitz@alliance.com
          Ronald   Horowitz   on behalf of Plaintiff   Alliance Shippers, Inc. ,   rhorowitz@alliance.com
          Stephen B. Ravin   on behalf of Plaintiff Yvette L. Guarracino sravin@saul.com,  jgillman@saul.com
          Stephen B. Ravin   on behalf of Debtor Joseph T. Guarracino sravin@saul.com,  jgillman@saul.com
          Stephen B. Ravin   on behalf of Plaintiff Joseph T. Guarracino sravin@saul.com,  jgillman@saul.com
          Stephen B. Ravin   on behalf of Joint Debtor Yvette L. Guarracino sravin@saul.com,
           jgillman@saul.com
          Steven P. Kartzman   on behalf of Attorney   Mellinger, Sanders & Kartzman, LLC
           kartztee@optonline.net,   jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman   kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman   on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
                                                                                                             TOTAL: 26