| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on October 1, 2018<br>by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
|---|---|
| In re:<br><br>**JOSEPH T. and YVETTE L. GUARRACINO,**<br><br>　　　　　　　　　　　　　Debtors. | Case No. 14-30441 (SLM)<br><br>Chapter 7<br><br>Judge Stacey L. Meisel<br><br>Hearing Date: September 19, 2018 |

**ORDER VACATING IN PART APRIL 26, 2018 ORDER
(DOCKET NO. 185) AND DENYING CROSS-MOTION**

The relief set forth on the following pages two (2) through three (3) is hereby **ORDERED**.

**DATED: October 1, 2018**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 3
Debtor:              Joseph T. Guarracino and Yvette L. Guarracino
Case No.:            14-30441 (SLM)
Caption of Order:    *Order Vacating in Part April 26, 2018 Order (ECF No. 185) and Denying Cross-Motion*

---

**THIS MATTER** having been brought on (1) the *Motion to Partially Vacate April 26, 2018 Order and for Sanctions* of Alliance Shippers, Inc. ("**Alliance**") (ECF No. 195) and (2) the *Cross-Motion for a Determination that Alliance Shippers, Inc. Does Not Have Standing to Contest the Fee Application Filed by the Attorneys for the Trustee* ("**Cross-Motion**") of Stephen P. Kartzman, the Chapter 7 Trustee (the "**Trustee**") (ECF No. 196); and the Court having reviewed the submissions on this matter; and having heard the parties' arguments; and for the reasons set forth on the record; and for good cause shown,

**WHEREAS**, the Court entered the *Order Resolving Claim 10 Filed by the State of New Jersey Division of Taxation, Claim 5 Filed by Alliance Shippers, Inc., and Providing for Distribution of the Proceeds of the Sale of 1999 International Refrigerated Box Truck*, dated April 26, 2018 (ECF No. 185) (the "**April 26, 2018 Order**"), which contained, among other things, the following sentence in paragraph 2: "Alliance Shippers shall have no further claim against property of the Ch 7 bankruptcy estate." (the "**Contested Provision**"); and

**WHEREAS**, the Court finds that it entry of the April 26, 2018 Order with the Contested Provision was entered in error; and

**WHEREAS**, the Court finds that the Contested Provision should not have been included in the April 26, 208 Order; **IT IS HEREBY**

**ORDERED** that, pursuant to Federal Rule Civil Procedure 60(b)(1), incorporated in this bankruptcy case by Federal Bankruptcy Rule 9024, and Federal Bankruptcy Rule 3008, the Contested Provision contained in the April 26, 2018 Order paragraph 2 is hereby vacated, and shall

Page 3 of 3
Debtor:            Joseph T. Guarracino and Yvette L. Guarracino
Case No.:          14-30441 (SLM)
Caption of Order:  *Order Vacating in Part April 26, 2018 Order (ECF No. 185) and Denying Cross-Motion*

---

be deleted and stricken, and instead paragraph 2 shall state the following:

> "The Trustee shall pay the sum of $600 to Alliance Shippers, Inc. on account of its Secured Claim #5 against the 1999 International Refrigerated Box Truck owned by GFP."

; and it is further

**ORDERED**, that all other terms and provisions of the April 26, 2018 Order remain in full force and effect; and it is further

**ORDERED**, the Cross-Motion is denied.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-30441-SLM
Joseph T. Guarracino                                                    Chapter 7
Yvette L. Guarracino
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 01, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
db/jdb         +Joseph T. Guarracino,    Yvette L. Guarracino,    17 Sycamore Court,    Westwood, NJ 07675-3523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
              Alla   Kachan    on behalf of Defendant Joseph T. Guarracino alla@kachanlaw.com
              Alla   Kachan    on behalf of Joint Debtor Yvette L. Guarracino alla@kachanlaw.com
              Alla   Kachan    on behalf of Debtor Joseph T. Guarracino alla@kachanlaw.com
              Andrew R. Turner    on behalf of Plaintiff    Nathel & Nathel courts@turnerlaw.net
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dipesh   Patel    on behalf of Plaintiff Joseph T. Guarracino dipesh.patel@saul.com
              Dipesh   Patel    on behalf of Debtor Joseph T. Guarracino dipesh.patel@saul.com
              Dipesh   Patel    on behalf of Joint Debtor Yvette L. Guarracino dipesh.patel@saul.com
              Dipesh   Patel    on behalf of Plaintiff Yvette L. Guarracino dipesh.patel@saul.com
              Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
              Joseph R Zapata, Jr.    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
               jzapata@msklaw.net
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWMBS 2007-18) nj-ecfmail@mwc-law.com,  nj-ecfmail@ecf.courtdrive.com
              Mina M Beshara    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,AS
               TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 nj-ecfmail@mwc-law.com
              Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
              Ronald   Horowitz    on behalf of Creditor    Alliance Shippers Inc. ,    rhorowitz@alliance.com
              Ronald   Horowitz    on behalf of Defendant    Alliance Shippers, Inc.,     rhorowitz@alliance.com
              Ronald   Horowitz    on behalf of Non Compliance Ronald   Horowitz ,    rhorowitz@alliance.com
              Ronald   Horowitz    on behalf of Plaintiff    Alliance Shippers, Inc. ,    rhorowitz@alliance.com
              Stephen B. Ravin    on behalf of Plaintiff Yvette L. Guarracino sravin@saul.com, jgillman@saul.com
              Stephen B. Ravin    on behalf of Debtor Joseph T. Guarracino sravin@saul.com, jgillman@saul.com
              Stephen B. Ravin    on behalf of Plaintiff Joseph T. Guarracino sravin@saul.com, jgillman@saul.com
              Stephen B. Ravin    on behalf of Joint Debtor Yvette L. Guarracino sravin@saul.com,
               jgillman@saul.com
              Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
               kartztee@optonline.net,   jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
                                                                                              TOTAL: 26