## *Mellinger, Sanders & Kartzman, LLC*

ATTORNEYS AT LAW

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

(973) 267-0220

| | | |
|---|---|---|
| LOUIS P. MELLINGER | | Essex County Office |
| MICHAEL S. SANDERS | FAX (973) 267-3979 | 46 Essex Street |
| STEVEN P. KARTZMAN | | Millburn, N.J. 07041 |
| JOSEPH R. ZAPATA, JR. | | (973) 218-0220 |
| JUDAH B. LOEWENSTEIN | | |
| SEYMOUR RUDENSTEIN (1933-1983) | www.msklawyers.com | |
| JACOB MELLINGER (1928-2001) | | |
| | E-MAIL   SKARTZMAN@MSKLAW.NET | |
| OF COUNSEL | JZAPATA@MSKLAW.NET | **PLEASE RESPOND TO:** |
| WALTER G. LUGER | JLOEWENSTEIN@MSKLAW.NET | **MORRIS PLAINS** |
| PETER ROSEN | | |
| ROBERT D. ROSEN | | |
| TERRI JANE FREEDMAN | | |
| JOSÉ R. TORRES | | |

April 15, 2019

**Delivery via ECF Filing Only**

Clerk of the Court
United States Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

**Re.:**  **Joseph T. Guarracino and Yvette L. Guarracino**
**Chapter 7 Case No. 14-30441 SLM**

Dear Clerk:

Please allow this to respond to your Memorandum dated April 10, 2019 filed in the above-referenced matter. I am presently working on a Trustee's Final Report. When it is concluded it will be submitted to the Office of the U.S. Trustee for review.

Very truly yours,

*Steven P. Kartzman*

STEVEN P. KARTZMAN

SPK/jbl