**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

**Order Filed on October 1, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

| In re:<br><br>**JOSEPH T. AND YVETTE L. GUARRACINO,**<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 14-30441 (SLM)<br><br>Chapter 7<br><br>Honorable Stacey L. Meisel |
|---|---|

### CONSENT ORDER RESOLVING CLAIM OF
### ALLIANCE SHIPPERS, INC. AGAINST THE BANKRUPTCY ESTATE

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: October 1, 2019**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: Joseph T. and Yvette L. Guarracino
Case No.: 14-30441 (SLM)
Caption: Consent Order Resolving Claim of Alliance Shippers, Inc. Against the Bankruptcy Estate

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger, Sanders & Kartzman, LLC, on application for the entry of a Consent Order in lieu of a formal motion settling the claim of Alliance Shippers, Inc. ("Alliance") against the Chapter 7 bankruptcy estate of Joseph T. and Yvette L. Guarracino (the "Estate"), and the Trustee and Alliance having agreed to amicably resolve Alliance's claim on the terms set forth herein, as appears from the signatures of counsel affixed hereto, it is hereby

**ORDERED AS FOLLOWS:**

1. The Trustee shall pay the sum of $2,000 to Alliance in full and final satisfaction of any and all claims of Alliance against the Estate (the "Settlement"). Alliance shall not be entitled to any further distribution from the Estate. Payment shall be made following the expiration of 14 days from the entry of this Order, and the satisfaction of paragraph 3 herein.

2. Alliance does not waive and reserves any and all claims against the Debtor Joseph T. Guarracino, and the Settlement shall not serve as a waiver and/or satisfaction of any such claims, including but not limited to the non-dischargeable debt in the sum of $304,478.20 owed to Alliance by Defendant Debtor, Joseph T. Guarracino.

3. The terms of this Consent Order are subject to the issuance of a Notice of Settlement and the following:

 (a) If no objection to the Notice is filed, the issuance of a Certification of No Objection; or

 (b) if any objection to the Notice is filed, the overruling of any such objection by this Court.

Debtor:    Joseph T. and Yvette L. Guarracino
Case No.:  14-30441 (SLM)
Caption:   Consent Order Resolving Claim of Alliance Shippers, Inc. Against the Bankruptcy Estate

---

4. Counsel for the Trustee shall serve a copy of this Order upon all interested parties within seven (7) days of the date of entry

*We hereby consent to
the form and entry of the within Order:*

| | |
|---|---|
| MELLINGER, SANDERS & KARTZMAN, LLC | LEBENSFELD, SHARON & SCHWARTZ, P.C. |
| *Attorneys for the Trustee* | *Attorneys for Alliance Shippers, Inc.* |
| By:  /s/ Joseph R. Zapata, Jr.  <br>JOSEPH R. ZAPATA, JR., ESQ. | By:  /s/ Brett R. Schwartz  <br>BRETT R. SCHWARTZ, ESQ. |
| Dated: September 16, 2019 | Dated: September 4, 2019 |