**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Joseph R. Zapata, Jr., Esq.
Tel. (973) 267-0220
jzapata@msklaw.net
*Attorneys for Steven P. Kartzman, Chapter 7 Trustee*

Order Filed on October 1, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

| | |
|---|---|
| In re:<br><br>**JOSEPH T. AND YVETTE L. GUARRACINO,**<br><br>Debtors. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Case No. 14-30441 (SLM)<br><br>Chapter 7<br><br>Honorable Stacey L. Meisel |

**CONSENT ORDER RESOLVING CLAIM OF
ALLIANCE SHIPPERS, INC. AGAINST THE BANKRUPTCY ESTATE**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: October 1, 2019**

*/s/ Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor:     Joseph T. and Yvette L. Guarracino
Case No.:   14-30441 (SLM)
Caption:    Consent Order Resolving Claim of Alliance Shippers, Inc. Against the Bankruptcy Estate

THIS MATTER having been brought before the Court by Steven P. Kartzman, the Chapter 7 Trustee (the "Trustee"), by and through his attorneys Mellinger, Sanders & Kartzman, LLC, on application for the entry of a Consent Order in lieu of a formal motion settling the claim of Alliance Shippers, Inc. ("Alliance") against the Chapter 7 bankruptcy estate of Joseph T. and Yvette L. Guarracino (the "Estate"), and the Trustee and Alliance having agreed to amicably resolve Alliance's claim on the terms set forth herein, as appears from the signatures of counsel affixed hereto, it is hereby

**ORDERED AS FOLLOWS:**

1. The Trustee shall pay the sum of $2,000 to Alliance in full and final satisfaction of any and all claims of Alliance against the Estate (the "Settlement"). Alliance shall not be entitled to any further distribution from the Estate. Payment shall be made following the expiration of 14 days from the entry of this Order, and the satisfaction of paragraph 3 herein.

2. Alliance does not waive and reserves any and all claims against the Debtor Joseph T. Guarracino, and the Settlement shall not serve as a waiver and/or satisfaction of any such claims, including but not limited to the non-dischargeable debt in the sum of $304,478.20 owed to Alliance by Defendant Debtor, Joseph T. Guarracino.

3. The terms of this Consent Order are subject to the issuance of a Notice of Settlement and the following:

    (a) If no objection to the Notice is filed, the issuance of a Certification of No Objection; or

    (b) if any objection to the Notice is filed, the overruling of any such objection by this Court.

| | |
|---|---|
| Debtor: | Joseph T. and Yvette L. Guarracino |
| Case No.: | 14-30441 (SLM) |
| Caption: | Consent Order Resolving Claim of Alliance Shippers, Inc. Against the Bankruptcy Estate |

4. Counsel for the Trustee shall serve a copy of this Order upon all interested parties within seven (7) days of the date of entry

*We hereby consent to*
*the form and entry of the within Order:*

MELLINGER, SANDERS & KARTZMAN, LLC
*Attorneys for the Trustee*

By:   /s/ Joseph R. Zapata, Jr.
    JOSEPH R. ZAPATA, JR., ESQ.

Dated: September 16, 2019

LEBENSFELD, SHARON & SCHWARTZ, P.C.
*Attorneys for Alliance Shippers, Inc.*

By:   /s/ Brett R. Schwartz
    BRETT R. SCHWARTZ, ESQ.

Dated:  September 4, 2019

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph T. Guarracino  
Yvette L. Guarracino  
    Debtors

Case No. 14-30441-SLM  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 02, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2019.
db/jdb        +Joseph T. Guarracino,   Yvette L. Guarracino,   17 Sycamore Court,   Westwood, NJ 07675-3523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2019 at the address(es) listed below:

         Alla   Kachan    on behalf of Defendant Joseph T. Guarracino alla@kachanlaw.com
         Alla   Kachan    on behalf of Joint Debtor Yvette L. Guarracino alla@kachanlaw.com
         Alla   Kachan    on behalf of Debtor Joseph T. Guarracino alla@kachanlaw.com
         Andrew R. Turner    on behalf of Plaintiff    Nathel & Nathel courts@turnerlaw.net
         Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
          AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
          MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Dipesh   Patel    on behalf of Plaintiff Joseph T. Guarracino dipesh.patel@saul.com
         Dipesh   Patel    on behalf of Debtor Joseph T. Guarracino dipesh.patel@saul.com
         Dipesh   Patel    on behalf of Joint Debtor Yvette L. Guarracino dipesh.patel@saul.com
         Dipesh   Patel    on behalf of Plaintiff Yvette L. Guarracino dipesh.patel@saul.com
         Joseph R Zapata, Jr.    on behalf of Trustee Steven P. Kartzman jzapata@msklaw.net
         Joseph R Zapata, Jr.    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
          jzapata@msklaw.net
         Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
          AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2007-18,
          MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-18 jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Melissa S DiCerbo    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
          AS TRUSTEE (CWMBS 2007-18) nj-ecfmail@mwc-law.com,   nj-ecfmail@ecf.courtdrive.com
         Nicole Alison Corona    on behalf of Trustee Steven P. Kartzman ncorona@msklaw.net
         Ronald   Horowitz    on behalf of Creditor    Alliance Shippers Inc. ,   rhorowitz@alliance.com
         Ronald   Horowitz    on behalf of Defendant    Alliance Shippers, Inc., ,   rhorowitz@alliance.com
         Ronald   Horowitz    on behalf of Non Compliance Ronald   Horowitz ,   rhorowitz@alliance.com
         Ronald   Horowitz    on behalf of Plaintiff    Alliance Shippers, Inc. ,   rhorowitz@alliance.com
         Stephen B. Ravin    on behalf of Plaintiff Yvette L. Guarracino sravin@saul.com,   jgillman@saul.com
         Stephen B. Ravin    on behalf of Debtor Joseph T. Guarracino sravin@saul.com,   jgillman@saul.com
         Stephen B. Ravin    on behalf of Plaintiff Joseph T. Guarracino sravin@saul.com,   jgillman@saul.com
         Stephen B. Ravin    on behalf of Joint Debtor Yvette L. Guarracino sravin@saul.com,
          jgillman@saul.com
         Steven P. Kartzman    on behalf of Attorney    Mellinger, Sanders & Kartzman, LLC
          kartztee@optonline.net,   jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
         Steven P. Kartzman    kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
         Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
                                                                                          TOTAL: 25