Exhibit F

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>STEVEN P. KARTZMAN<br>MELLINGER, SANDERS & KARTZMAN<br>101 GIBRALTAR DRIVE<br>SUITE 2F<br>MORRIS PLAINS, NJ 07950<br>Chapter 7 Trustee |
| In Re:<br>GUARRACINO, JOSEPH T.<br>GUARRACINO, YVETTE L.<br><br>　　　　Debtors. |

**Order Filed on January 23, 2020
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 14-30441-SLM

Judge: STACEY L. MEISEL

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: January 23, 2020**

_/s/ Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: GUARRACINO, JOSEPH T. and GUARRACINO, YVETTE L.
Case No.: 14-30441-SLM
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $4,088.20 is reasonable compensation for the services in this case by STEVEN P. KARTZMAN, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $0.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.